IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SAMANTHA PRINCE                                                                PLAINTIFF

v.                                      No. 4:14-cv-31-DPM

SOUTHERN SNOW MANUFACTURING, INC.                    DEFENDANT

ORDER

The Final Scheduling Order, № 9, is suspended and the 5 October 2015 trial is canceled.  The Court has an older case set for that date that must take priority.  An Amended Final Scheduling Order will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 September 2015