IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SAMANTHA PRINCE                                                              PLAINTIFF

v.                                          No. 4:14-cv-31-DPM

SOUTHERN SNOW
MANUFACTURING CO., INC.                                                      DEFENDANT

ORDER

1. The Court appreciates Prince's proposed jury instructions. The Court is attaching its current working drafts of (1) the *voir dire* outline, (2) the preliminary instructions, (3) the final instructions, and (4) the verdict form. Please file any comment or objection to the preliminary instructions by noon on Wednesday, November 9th. We'll cover any problems with the *voir dire* outline or the preliminary instructions at the final pretrial. There's no need to comment or object yet on the final instructions or the verdict form. We'll work on those drafts throughout the trial.

**2.** The Court directs the Clerk to correct the defendant's name on the docket. It should be Southern Snow Manufacturing Co., Inc. № 28.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 November 2016