IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SAMANTHA PRINCE                                                                    PLAINTIFF

v.                                  No. 4:14-cv-31-DPM

SOUTHERN SNOW MANUFACTURING
CO., INC.                                                                              DEFENDANT

ORDER

Southern Snow has informally notified the Court that it doesn't oppose Prince's motion for costs. The motion, № 49, is granted. The $400.00 filing fee is allowed in full as costs. 28 U.S.C. § 1920(1); FED. R. CIV. P. 54(d)(1).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 November 2016