# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**SAMANTHA PRINCE**                                                                 **PLAINTIFF**

v.                              No. 4:14-cv-31-DPM

**SOUTHERN SNOW MANUFACTURING**
**CO., INC.**                                                                       **DEFENDANT**

## ORDER

**1.** Prince's unopposed motion to compel, № 53, is granted. Southern Snow must provide supplemental responses that completely and fully respond to all of Prince's post-judgment discovery requests by 3 March 2017. The initial responses are a good start; but they don't provide all the information Prince is entitled to and there's a stall or two. It's too late for Southern Snow to object—its time to do so has passed.

**2.** The Court seals № 53-2 because it contains confidential information.

**3.** The Court awards Prince a reasonable attorney's fee of $250.00 as a sanction against Southern Snow for Prince having to seek the Court's aid in getting information about assets.

**4.** Counsel for Southern Snow has informally advised the Court that he and his client have a dispute and have parted ways. First, the planned motion to withdraw should be a motion to substitute, filed by Mr. Andrews and

proposed new counsel. Southern Snow can't go unrepresented; so the transition must be seamless. Second, the March 3rd deadline is firm. Mr. Andrews remains counsel of record until further order; and he must inform Southern Snow (and any proposed new counsel) of this Order ASAP. Third, the Court discourages any more email to chambers on substantive matters. All such communications should be in a filing of record.

    So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 February 2017